%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

EUGENE STARSKI,
    Plaintiff

V.

ALEXANDER KIRZHNEV and

DAI SYNDITRADE LIMITED,
    Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05 10209 JLT

TO: (Name and address of Defendant)

Alexander Kirzhnev
172 Byram Shore Road
Greenwich, CT 06830

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Seth S. Stoffregen, Esq.
Chatham Center
29 Crafts Street, Suite 500
Newton, MA 02460

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

FEB - 2 2005
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE March 13, 2005 |
| NAME OF SERVER (PRINT) PAUL L. VERILLE | TITLE State Marshal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

Service made at: 172 Byram Shore Road, Greenwich, CT

☐ Other (specify):
* Daughter of Alexander Kirzhner, (who would not give me her first name) accepted service for her father
Description: Caucasian, over age of 18 years, 5'5", brown hair, Female

### STATEMENT OF SERVICE FEES

| TRAVEL $28.00 | SERVICES $40.00  COPIES $44.00 | TOTAL $112.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/13/05
        Date

Paul L. Verille
Signature of Server

1856 Summer St., Stamford, CT 06905
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.