UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 APR -8  P 12: 50
U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |
|---|---|
| EUGENE STARSKI,<br>    Plaintiff<br><br>v.<br><br>ALEXANDER KIRSHNEV and<br>DAI SYNDITRADE LIMITED,<br>    Defendants | )<br>)<br>)<br>)<br>)   C.A. No.  05-CV10209 JLT<br>)<br>)<br>)<br>)<br>) |

## REQUEST FOR DEFAULT PURSUANT TO RULE 55 (a)

The plaintiff, Eugene Starski, now requests this Honorable Court to entry a judgment for affirmative relief in favor of the plaintiff in the above-referenced matter pursuant to Fed.R.Civ.P. 55(a) because the defendants have failed to serve of file an answer or otherwise defend this action and the time for such defense or pleading has now lapsed. Plaintiff filed a Complaint and Jury Demand on February 2, 2005. Plaintiff, through his counsel, pursuant to Fed.R.Civ.P. 4 (d) requested the defendants to waive and voluntarily accept service of the Summons and Complaint in correspondence dated February 3, 2005. Defendants did not respond to the request for waiver or voluntary acceptance of service within the thirty days as provided in Fed.R.Civ.P. 4 (d). Plaintiff then had the Summons and Complaint served on the defendants and the service was completed on March 13, 2005. Defendants have failed to respond within the time period set forth in Fed.R.Civ.P. 12 (a)(A). Plaintiff has alleged defendants have 1) converted his property; 2) breached their contract with him; 3) been unjustly enriched; 4) the defendants' actions constituted fraud and 5) the actions of the defendants violated Mass.G.L. c. 93A, § 11.

WHEREFORE, plaintiff requests this Court to enter a judgment of default pursuant to Fed.R.Civ.P. 55(a) against the defendants.

Respectfully submitted,<br>
EUGENE STARSKI<br>
By his attorney,<br>
<br>
_____<br>
Seth S. Stoffregen (BBO# 567900)<br>
Chatham Center<br>
29 Crafts Street, Suite 500<br>
Newton, MA 02460<br>
(617) 332-1300

Dated: April 7, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document and the attached affidavit were served by first class mail, postage prepaid, upon Defendant, Alexander Kirshnev, and Defendant DAI Synditrade Limited, both located at 172 Byram Shore Road, Greenwich, CT 06830 on April 7, 2005.

_____
Seth S. Stoffregen