UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Eugene Starski</u>
    **Plaintiff**

    **V.**

<u>Alexander Kirshnev, et al</u>
    **Defendant**

CIVIL ACTION

NO. <u>05-cv-10209 JLT</u>

## NOTICE OF DEFAULT

Upon application of the Plaintiff, <u>Eugene Starski</u> for an order of Default for failure of the Defendants, <u>Alexander Kirshnev and DAI Synditrade Limited</u>, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this <u>11th</u> day of <u>April, 2005</u>.

                            SARAH A. THORNTON
                            CLERK OF COURT

                            By:   <u>/s/ Kimberly M. Abaid</u>
                                   **Deputy Clerk**

**Notice mailed to:**
**All Counsel of Record**

(Default Notice.wpd - 3/7/2005)