UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
EUGENE STARSKI,                )
       Plaintiff,           )
                               )
v.                             )     Civil Action No.: 05 10209 JLT
                               )
ALEXANDER KIRZHNEV and         )
DAI SYNDITRADE LIMITED,        )
       Defendants.          )
_____)

## NOTICE OF APPEARANCE

NOW COMES Attorney Peter Charles Horstmann, and hereby enters his appearance on behalf of both Defendants in the above-captioned matter.

       Respectfully Submitted,

       ALEXANDER KIRZHNEV and
       DAI SYNDITRADE LIMITED
       By Their Attorneys,

       */s/ Peter C. Horstmann*

       Peter Charles Horstmann
       BBO #556377
       PARTRIDGE, ANKNER & HORSTMANN, LLP
       200 Berkeley Street
       16th Floor
       Boston, Massachusetts 02116
       (617) 859-9999

## CERTIFICATE OF SERVICE

I, Peter Charles Horstmann, Esquire, hereby certify that on this 11th of April, 2005, a copy of the foregoing NOTICE OF APPEARANCE was served by mail upon Seth S. Stoffregen, Esquire, Chatham Center, 29 Crafts Street, Suite 500, Newton, Massachusetts 02460.

       */s/ Peter C. Horstmann*

       Peter Charles Horstmann, Esquire