UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
EUGENE STARSKI,                    )
           Plaintiff,          )
                        )
v.                                 )     Civil Action No.: 05 10209 JLT
                        )
ALEXANDER KIRZHNEV and             )
DAI SYNDITRADE LIMITED,            )
           Defendants.       )
_____)

ASSENTED TO MOTION TO REMOVE DEFAULT

       NOW COME the Defendants, Alexander Kirzhnev and DAI Syditrade Limited, through counsel, and pursuant to Fed.R.Civ.Pro. 55(c), respectfully move this Honorable Court to remove the Default, which was entered on April 11, 2005.  In support thereof, Counsel states the following:

       1.      On or about April 11, 2005, the undersigned counsel filed his appearance in the above-referenced case.

       2.      On the same date, this Court entered an Order of Default of the Defendants for failure to file a response to Plaintiff's Complaint.

       3.      The Defendant Kirzhnev, left the country prior to service of the Complaint and remains out of the country, which has restricted his ability to retain counsel and file a responsive pleading.

       4.      The Defendants' counsel will file a responsive pleading on or before April 15, 2005.

       5.      Counsel for the Plaintiff, Seth Stoffregen, has assented to the instant motion, provided the Defendants file a responsive pleading on or before April 15, 2005.

WHEREFORE, this Honorable Court is respectfully urged to remove the Default.

Respectfully Submitted,

ALEXANDER KIRZHNEV and
DAI SYNDITRADE LIMITED
By Their Attorneys,

Peter Charles Horstmann
BBO #556377
PARTRIDGE, ANKNER & HORSTMANN, LLP
200 Berkeley Street
16th Floor
Boston, Massachusetts 02116
(617) 859-9999

## CERTIFICATE OF SERVICE

I, Peter Charles Horstmann, Esquire, hereby certify that on this12th of April, 2005, a copy of the foregoing ASSENTED TO MOTION TO REMOVE DEFAULT was served by mail upon Seth S. Stoffregen, Esquire, Chatham Center, 29 Crafts Street, Suite 500, Newton, Massachusetts 02460.

Peter Charles Horstmann, Esquire