UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EUGENE STARSKI,<br>          Plaintiff<br><br>v.<br><br>ALEXANDER KIRZHNEV and<br>DAI SYNDITRADE LIMITED,<br>          Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**C.A. No.  05-CV10209 JLT**

**PLAINTIFF'S REQUEST FOR LEAVE OF COURT TO FILE
ORIGINAL AFFIDAVIT OF PAUL HAWKES
WITH COURT BY MAY 6, 2005**

Plaintiff, Eugene Starski, hereby requests this Court for leave to file the original Affidavit

of Paul Hawkes which is presently unsigned by May 6, 2005.  In support of this motion, plaintiff

states that Paul Hawkes, an investigator in London, England who attempted to locate the offices

of DAI Synditrade, submitted his affidavit via email and unsigned.  Due to a bank holiday in

England today, plaintiff was unable to obtain the original signature of Mr. Hawkes and has

submitted the attached affidavit without Mr. Hawkes signature.  Plaintiff will be able to obtain

and file the original affidavit with Mr. Hawkes' original signature by no later than Friday, May

6, 2005.

WHEREFORE, plaintiff respectfully requests this Court for leave to file the Affidavit of

Paul Hawkes with his original signature by Friday, May 6, 2005..

Respectfully submitted,
EUGENE STARSKI
By his attorney,

Seth S. Stoffregen (BBO# 567900)
Chatham Center
29 Crafts Street, Suite 500
Newton, MA 02460
(617) 332-1300

Dated: May 2, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May 2005, a copy of the foregoing PLAINTIFF'S REQUEST FOR LEAVE OF COURT TO FILE ORIGINAL AFFIDAVIT OF PAUL HAWKES WITH COURT BY MAY 6, 2005 was served on Peter Charles Horstmann, Esq., Partridge, Ankler & Horstmann, LLP at 200 Berkeley Street, 16th Floor, Boston, Massachusetts 02116 by first class mail.

Seth S. Stoffregen

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I hereby certify that I have conferred with opposing counsel to resolve or narrow the issues presented in this motion and he has assented to this motion.

Seth S. Stoffregen

2

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| EUGENE STARSKI,<br>              Plaintiff<br><br>v.<br><br>ALEXANDER KIRZHNEV and<br>DAI SYNDITRADE LIMITED,<br>              Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No.  05-CV10209 JLT |

## AFFIDAVIT OF PAUL HAWKES

I, Paul Hawkes, a Professional Investigator of 282 Latimer Road, London W10 6QW, England, UK, **MAKE OATH** and say as follows:-

1      That for the purpose of this enquiry, I was employed by Mr. Seth S. Stoffregen, Counsellor At Law of 29 Crafts Street, Suite 500, Newton, MA 02460, USA who represents in this matter, Mr. Eugene Starski and is the plaintiff's attorney.

2      Recently Mr. Seth S. Stoffregen did instruct me to make enquiries into a company named DAI Synditrade Limited, a British Virgin Islands Corporation, of which Mr Alexander Kirzhnev is the Managing Director, and which in the past did supply its trading address as being 202 Triumph House, 189 Regent Street, London W1B 4AT, England UK. Specifically, my instructions from Mr. Seth S. Stoffregen were to focus on physically inspecting the offices within 202 Triumph House, 189 Regent Street, London W1B 4AT, England UK, to verify whether or not of DAI Synditrade Limited maintain offices at this location.

3      I personally attend 189 Regent Street, London W1B 4AT, England UK, this being a part of a larger property known as 185 -191 Regent Street, London W1B 4AT, England UK. The whole property known as 185 -191 Regent Street, London W1B 4AT, England UK, which incorporates the property known as 202 Triumph House, 189 Regent Street, London W1B 4AT, England UK, is now a construction site and is not accessible to the general public.

4    That I did note that signs affixed to the outside walls of 185 -191 Regent Street, London W1B 4AT, England UK, state that the construction is due 'to be completed in spring 2006' and the relevant Construction Company is named 'Skanska' and the relevant Security Company is named 'Eagleguard'.

5    Whilst attending 185 -191 Regent Street, London W1B 4AT, England UK, I did personally speak with a male who identified himself only as Sam, an employee of Eagleguard Security. 'Sam' did state to me that he was employed as a security guard situated at the building now identified as being 185 -191 Regent Street, London W1B 4AT, England UK, and that to his knowledge, the whole of the building was completely empty and under construction. Sam declined to allow me to enter 185 -191 Regent Street, London W1B 4AT, England UK personally.

6    Whilst attending 185 -191 Regent Street, London W1B 4AT, England UK, I did view all public entrances and saw them to be professionally boarded-up; and did not that all viewable upper storey windows appeared to me as unoccupied.

7    I am satisfied to my reasonable knowledge that DAI Synditrade Limited is *not* using any part of 185 -191 Regent Street, London W1B 4AT, England UK as an office.

Sworn to and signed under the pains and penalties of perjury this ___ day of May 2005.

_____
                    Paul Hawkes

This ___ day of May 2005

Before me    _____

A Solicitor/Commissioner for Oaths