UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

EUGENE STARSKI,
    Plaintiff

v.                              C.A. No. 05-CV10209 JLT

ALEXANDER KIRZHNEV and
DAI SYNDITRADE LIMITED,
    Defendants

## AFFIDAVIT OF PAUL HAWKES

I, Paul Hawkes, a Professional Investigator of 282 Latimer Road, London W10 6QW, England, UK, **MAKE OATH** and say as follows:-

1    That for the purpose of this enquiry, I was employed by Mr. Seth S. Stoffregen, Counsellor At Law of 29 Crafts Street, Suite 500, Newton, MA 02460, USA who represents in this matter, Mr. Eugene Starski and is the plaintiff's attorney.

2    Recently Mr. Seth S. Stoffregen did instruct me to make enquiries into a company named DAI Synditrade Limited, a British Virgin Islands Corporation, of which Mr Alexander Kirzhnev is the Managing Director, and which in the past did supply its trading address as being 202 Triumph House, 189 Regent Street, London W1B 4AT, England UK. Specifically, my instructions from Mr. Seth S. Stoffregen were to focus on physically inspecting the offices within 202 Triumph House, 189 Regent Street, London W1B 4AT, England UK, to verify whether or not of DAI Synditrade Limited maintain offices at this location.

3    I personally attend 189 Regent Street, London W1B 4AT, England UK, this being a part of a larger property known as 185-191 Regent Street, London W1B 4AT, England UK. The whole property known as 185-191 Regent Street, London W1B 4AT, England UK, which incorporates the property known as 202 Triumph House, 189 Regent Street, London W1B 4AT, England UK, is now a construction site and is not accessible to the general public.

4   That I did note that signs affixed to the outside walls of 185 -191 Regent Street, London W1B 4AT, England UK, state that the construction is due 'to be completed in spring 2006' and the relevant Construction Company is named 'Skanska' and the relevant Security Company is named 'Eagleguard'.

5   Whilst attending 185 -191 Regent Street, London W1B 4AT, England UK, I did personally speak with a male who identified himself only as Sam, an employee of Eagleguard Security. 'Sam' did state to me that he was employed as a security guard situated at the building now identified as being 185 -191 Regent Street, London W1B 4AT, England UK, and that to his knowledge, the whole of the building was completely empty and under construction. Sam declined to allow me to enter 185 -191 Regent Street, London W1B 4AT, England UK personally.

6   Whilst attending 185 -191 Regent Street, London W1B 4AT, England UK, I did view all public entrances and saw them to be professionally boarded-up; and did not that all viewable upper storey windows appeared to me as unoccupied.

7   I am satisfied to my reasonable knowledge that DAI Synditrade Limited is *not* using any part of 185 -191 Regent Street, London W1B 4AT, England UK as an office.

Sworn to and signed under the pains and penalties of perjury this 3rd day of May 2005.

_____
Paul Hawkes


This 3rd day of May 2005

Before me   SUSAN PRINSUA

A Solicitor/Commissioner for Oaths


ALAN EDWARDS & CO. SOLICITORS

CAMPDEN HILL HOUSE

192-196 CAMPDEN HILL ROAD

LONDON

W8 7TH