UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EUGENE STARSKI,<br>Plaintiff<br><br>v.<br><br>ALEXANDER KIRZHNEV and<br>DAI SYNDITRADE LIMITED,<br>Defendants | C.A. No. 05-CV10209 JLT |

**ASSENTED TO MOTION TO POSTPONE HEARING
SCHEDULED FOR JUNE 14, 2005**

Plaintiff, Eugene Starski, respectfully moves this Court to postpone the hearing scheduled for Tuesday, June 14, 2005 at 10:15 a.m. until a later date. In support of this motion, both plaintiff and defendant state that their respective counsel have scheduling conflicts for matters that were previously scheduled in other venues. Plaintiff's counsel has a previously scheduled hearing at the Division of Unemployment Assistance and a postponement of that hearing would significantly impact the benefits of the claimant. In addition, counsel for defendant has a trial scheduled to commence in the state district court on Tuesday, June 14, 2005.

WHEREFORE, plaintiff, Eugene Starski, requests that the hearing scheduled for June 14, 2005 at 10:15 a.m. be postponed to the next available date.

Respectfully submitted,
EUGENE STARSKI
By his attorney,

*[signature]*

Seth S. Stoffregen (BBO# 567900)
Chatham Center
29 Crafts Street, Suite 500
Newton, MA 02460
(617) 332-1300

Dated: June 9, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of June 2005, a copy of the foregoing ASSENTED TO MOTION FOR POSTPONEMENT OF HEARING SCHEDULED FOR JUNE 14, 2005 was served on Peter Charles Horstmann, Esq., Partridge, Ankler & Horstmann, LLP at 200 Berkeley Street, 16th Floor, Boston, Massachusetts 02116 by fax and first class mail.

*[signature]*

Seth S. Stoffregen

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I hereby certify that I have conferred with opposing counsel to resolve or narrow the issues presented in this motion and he has assented to this Motion for Postponement.

*[signature]*

Seth S. Stoffregen