# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EUGENE STARSKI, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 05-102209-JLT |
| ) | |
| V. ) | |
| ) | |
| ALEXANDER KIRSHNEV and ) | |
| DAI SYNITRADE LIMITED, ) | |
| ) | |
| Defendants, ) | |
| ) | |

## AFFIDAVIT OF INNA YESELSON

I, Inna Yeselson, depose and state the following:

1. I am the sister-in-law of the Defendant, Alexander Kirshnev.

2. As the sister-in-law of the Defendant I am familiar with his residences, whereabouts and travels.

3. Alexander has been in custody, in the Russian Federation, since November 28, 2004.

4. While Alexander formerly owned a residence in Greenwich, Connecticut, he does not resided in the United States and has not resided in the United States for several years.

5. During the last two years Alexander spent approximately one month in the United States during two separate trips.

6. He was in the United States for approximately three weeks in April, 2004, and for approximately ten days in November, 2004.

7. Prior to April, 2004 he had not visited the United States for almost a year.

8. During the same period of time, he spent approximately 90% of his time residing in the Russian Federation.

9. The residence in Connecticut where the Summons and Complaint were served by the Plaintiff is the residence of Alexander's son and my nephew, Paul Kirshnev, who is 17 years old and is disabled.

10. My nephew, Paul resides at this residence full time.

11. Any employees providing services at said residence are providing services to my nephew and the upkeep of his residence.

12. Alexander has never resided at the residence in Connecticut, although he did stay there during his visits to the United States as mentioned above.

SIGNED UNDER THE PAINS AND PENALITIES OF PERJURY THIS 30th DAY OF JUNE, 2005.

Inna Yeselson

June 30, 2005

Linda Verducci

LINDA J. VERDUCCI
Notary Public of New Jersey
Commissioned in BERGEN COUNTY
My Commission Exp Sept 1 2008