UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EUGENE STARSKI,                        *
                                       *
              Plaintiff,               *
                                       *
v.                                     *          Civil Action No. 05-10209-JLT
                                       *
ALEXANDER KIRSHNEV and                 *
DAI SYNDITRADE LIMITED,                *
                                       *
              Defendants.              *

ORDER

July 20, 2005

TAURO, J.

After the Motion Hearing held on July 6, 2005, this court finds that 172 Byram Shore

Road, Greenwich, Connecticut is not Mr. Kirshnev's "dwelling house or usual place of abode."[1]

The house does not contain "sufficient indicia of permanence,"[2] as Kirshnev only spent

approximately four weeks at this address over the last two years.[3]  Having received no evidence

to the contrary, this court finds that Plaintiff has failed to effect proper service of process on Mr.

Kirshnev.  Because this was the only attempt to effect service in this case, Plaintiff has also failed

to properly serve DAI Synditrade Limited.[4]

---

[1]Fed. R. Civ. P. 4(e)(2).

[2]Nat'l Dev. Co. v. Triad Holding Corp., 930 F.2d 253, 257 (2d Cir.1991).

[3]Yeselson Aff. [#16].

[4]See Fed. R. Civ. P. 4(h)(2).  Under the circumstances, the service was not reasonably
calculated to give notice.

For the foregoing reasons, this court hereby orders that:

1.    Defendants Alexander Kirshnev's and DAI Synditrade Limited's Motion to

      Dismiss Plaintiff Eugene Starski's Complaint [#10] is ALLOWED pursuant to

      Fed. R. Civ. P. 12(b)(5); and

2.    This case is dismissed WITHOUT PREJUDICE.

IT IS SO ORDERED.

                                    /s/ Joseph L. Tauro
                                    United States District Judge